UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MANUEL L. BELIZ,<br><br>          Plaintiff,<br><br>      v.<br><br>ROBERT ALEKSINSKI,<br><br>          Defendant. | CASE NO. C09-5472BHS/JRC<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

The Court, having reviewed plaintiff's application to proceed in forma pauperis, does hereby find and ORDER.

(1) Plaintiff's declaration indicates he is unable to afford the court's filing fee or give security therefore. Accordingly, plaintiff's application to proceed as a pauper is **GRANTED.**

(2) The Clerk is directed to send plaintiff a copy of this Order and the General Order. The due date for Marshal's service forms and service copies of the complaint of September 3, 2009, set in the August 4, 2009, letter from the Clerk's Office remains in effect. Failure to file the service documents on or before that date will result in a Report and Recommendation that this action be dismissed for failure to prosecute and failure to comply with a court order.

DATED this 17th day of August, 2009.

_____
J. Richard Creatura
United States Magistrate Judge

ORDER - 1