1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

11

12

13

14

15

16

MANUEL L. BELIZ,

Plaintiff,

v.

ROBERT ALEKSINSKI, *et al*,

Defendants.

Case No. C09-5472BHS

ORDER GRANTING PLAINTIFF AN
EXTENSION OF TIME

17

18

19

20

21

22

23

24

25

26

This 42 U.S.C. § 1983 Civil Rights action has been referred to the undersigned

Magistrate Judge pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and 636(b)(1)(B) and Local

Magistrate Judges' Rules MJR 1, MJR 3, and MJR 4.  Plaintiff asks the court to grant him a sixty

day extension of time to respond to a pending motion for summary judgment because of surgery

(Dkt # 16).  Defendants do not object to the extension of time (Dkt. # 15 and 17).

The motion for an extension of time is GRANTED.  Plaintiff's response to the currently

pending motion for summary judgment will be due on or before **March 26, 2010**, any reply will

be due on or before **April 2, 2010**.  The motion for summary judgment, (Dkt # 14), is re-noted

for **April 9, 2010**.

ORDER - 1

The Clerk's office is directed to send plaintiff a copy of this order and re-note the motion for summary judgment, (Dkt. # 14), for April 9, 2010.

DATED this 10th day of February, 2010.

J. Richard Creatura
United States Magistrate Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

ORDER - 2