UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MANUEL L. BELIZ,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT ALEKSINSKI, *et al*,<br><br>　　　　　　　　　Defendants. | Case No. C09-5472BHS<br><br>ORDER DENYING PLAINTIFF'S SECOND MOTION FOR AN EXTENSION OF TIME |

　　　　This 42 U.S.C. § 1983 Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and 636(b)(1)(B) and Local Magistrate Judges' Rules MJR 1, MJR 3, and MJR 4. Before the court is plaintiff's motion asking for a second extension of time to answer defendant's motion for summary judgment (Dkt. # 20).  Defendants oppose the motion (Dkt. # 21).

　　　　The motion is DENIED.  Defendants have had a dispositive motion pending since November 2, 2009.  Plaintiff has failed to show good cause for another continuance.  Therefore, Defendants are entitled to have the motion considered.

ORDER - 1

1 The clerk of court is directed to send plaintiff a copy of this order.

2 DATED this 20th day of May, 2010.

*[signature]*

J. Richard Creatura
United States Magistrate Judge

ORDER - 2