1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

7   MANUEL L. BELIZ,

8          Plaintiff,                        CASE NO. C09-5472BHS

9       v.                                   ORDER ADOPTING REPORT
                                             AND RECOMMENDATION
10  ROBERT ALEKSINSKI, et al.,

11         Defendants.

12

13         This matter comes before the Court on the Report and Recommendation (R&R) of the

14  Honorable J. Richard Creatura, United States Magistrate Judge (Dkt. 23). The Court having

15  considered the R&R and the remaining record, and no objections having been filed, does

16  hereby find and order as follows:

17
18         (1)    The Report and Recommendation is **ADOPTED**, and

19         (2)    The action is **DISMISSED** without prejudice because Plaintiff's action has not

20                acrued.

21         DATED this 7th day of July, 2010.

22

23

24                                           BENJAMIN H. SETTLE
                                             United States District Judge
25

26

27

28  ORDER