# United States District Court

WESTERN DISTRICT OF WASHINGTON

MANUEL L. BELIZ

      v.

ROBERT ALEKINSKI, et al.,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-5472BHS

__    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Report and Recommendation is **ADOPTED**, and

The action is **DISMISSED** without prejudice because Plaintiff's action has not accrued.

| | |
|---|---|
|    July 8, 2010    |    BRUCE RIFKIN    |
| Date | Clerk |
| |    *s/CM Gonzalez*    |
| | Deputy Clerk |